UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN SCOTT ADAMS,<br>Plaintiff,<br>v.<br>EDDIE REETS, et al.,<br>Defendant. | CASE NO. 3:26-cv-05686-TSZ-BAT<br>**ORDER DENYING IFP APPLICATION** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which no objection was filed, the Court ORDERS:

(1) The Report and Recommendation, docket no. 9, is ADOPTED.

(2) Plaintiff's application to proceed *in forma pauperis*, docket no. 4, is DENIED. Plaintiff shall pay the filing fee within 14 days of the date of this Order. The Clerk is DIRECTED to enter a dismissal without prejudice and close this matter if Plaintiff fails to timely pay the filing fee.

(3) The Clerk is further DIRECTED to provide Plaintiff with a copy of this Order.

Dated this 1st day of September, 2026.

Thomas S. Zilly
United States District Judge